UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 19-349 (FLW) |
| v. | : | |
| | : | CONTINUANCE ORDER |
| MICHAEL J. DEKLE | : | |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Ian D. Brater, Special Assistant U.S. Attorney), and defendant Michael J. Dekle (by Lisa Van Hoeck, AFPD) for an order granting a continuance of the proceedings in the above-captioned matter through November 22, 2019; and no continuances having previously been granted by the Court; and the defendant being aware that he has the right to a trial within seventy (70) days of the indictment filed in this case, pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having waived such right and consented to the continuance, and one prior continuance having been granted by the Court; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties would like additional time to continue discussing a plea agreement, which would render a trial of this matter unnecessary;

(2) The defendant has consented to the aforementioned continuance;

1

(3) The grant of a continuance will likely conserve judicial resources; and

(3) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 29th day of August, 2019,

ORDERED that this action be, and it hereby is, continued through November 22, 2019; and it is further

ORDERED that the period from the date this Order is signed through November 22, 2019 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. FREDA L. WOLFSON
United States District Judge

Form and entry consented to:

_____
Lisa Van Hoeck, AFPD
Counsel for Defendant


_____
Michael J. Dekle
Defendant

_____
Ian D. Brater
Special Assistant U.S. Attorney

2