UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Crim. No. 19-349 (FLW) |
| v. : | |
| : | DETENTION ORDER |
| MICHAEL DEKLE : | |

This matter having been opened to the Court by the filing of an arrest warrant on November 22, 2022, issued as a result of a petition alleging that the defendant violated the terms of his supervised release, and on motion of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Ian D. Brater, Assistant U.S. Attorney, appearing), for an order pursuant to Title 18, United States Code, Section 3142(e) to detain the defendant without bail pending his appearance before the Honorable Freda L. Wolfson, Chief United States District Judge, for a hearing on the alleged violations of supervised release in the above-entitled matter; and for the reasons stated by the Court on the record at an initial appearance held on November 29, 2022; and for good cause shown:

IT IS, therefore, on this 29th day of November, 2022,

ORDERED that the motion of the United States for an order detaining the defendant is hereby GRANTED, and the defendant is hereby ORDERED DETAINED; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142, that the defendant be committed to the custody of the Attorney General or his

1

authorized representative pending a hearing on the alleged violations of supervised release in the above-entitled matter; and it is further

    ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

    ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge