UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America | The Honorable Peter G. Sheridan, U.S.D.J |
| | Crim. No. 19-cr-349 (PGS) |
| v. | |
| | CONSENT ORDER FOR |
| Michael J. Dekle | MODIFICATION OF |
| | BAIL CONDITIONS |

THIS MATTER having been brought before the Court by defendant Michael J. Dekle, (by Benjamin West, Assistant Federal Public Defender), and the United States Attorney for the District of New Jersey, (by Ian Brater, Assistant United States Attorney) consenting, and the United States Pretrial Services Office consenting, for an Order modifying Mr. Dekle's bail release conditions; and

WHEREAS, bail release conditions were imposed on October 3, 2023;

WHEREAS, these bail conditions require, among other conditions, home detention with location monitoring whereby Dekle is restricted to his residence except for employment, education, and other court approved activities;

WHEREAS, Mr. Dekle has complied with the terms and conditions of his bail release.

IT IS THE FINDING OF THIS COURT

On this 30th day of January 2024 that the bail conditions shall be modified as follows:

1. The condition of home detention is removed.

2. A curfew is imposed. Mr. Dekle shall be restricted to his residence for a twelve hour period each day as approved by the Probation Office.

3. All other conditions imposed shall remain the same.

Douglas E. Arpert
United States Magistrate Judge